

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2023

No. 04-22-00483-CR

Ricardo **GONZALES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-13554
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before March 6, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2023.

_____
Michael A. Cruz,
Clerk of Court